USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/29/2019_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HDI GLOBAL SE a/s/o DAIMLER AG and a/s/o
MERCEDES BENZ USA LLC,

        Plaintiff,

  -against-

M/V HONOR her engines, tackle, boilers, etc., *in rem*;
FIDELIO LIMITED PARTNERSHIP INC.; AMERICAN
ROLL-ON ROLL-OFF CARRIER LLC; and
INTERNATIONAL AUTO LOGISTICS, INC.,

        Defendants.

19 Civ. 923 (AT)

---

TOKIO MARINE AMERICA INSURANCE CO.,

        Plaintiff,

  -against-

M/V HONOR, her engines, tackle, boilers, etc., in rem;
FIDELIO L.P.; AMERICAN ROLL-ON ROLL-OFF
CARRIER LLC; TOTE, INC.; UNITED STATES OF
AMERICA,

        Defendants.

19 Civ. 1686 (AT)

---

WALLENIUS WILHEMLSEN LOGISTICS AS,

        Plaintiff,

  -against-

INTERNATIONAL AUTO LOGISTICS and UNITED
STATES OF AMERICA ,

        Defendants.

19 Civ. 1688 (AT)

**ORDER**

---

ANALISA TORRES, District Judge:

    At the initial pretrial conference held on April 29, 2019 in the above-captioned matters, all parties consented to consolidation. In light of this, and upon review of the complaints in all three cases, the Court agrees that the cases are substantially similar; that judicial efficiency would be promoted by their consolidation; and that they involve common questions of law and fact.

Accordingly, it is hereby ORDERED that pursuant to Federal Rule of Civil Procedure 42(a)(2), the above-captioned cases are consolidated under the case number 19 Civ. 923. The Clerk of Court is directed to consolidate the above-captioned actions under case number 19 Civ. 923, and to close 19 Civ. 1686 and 19 Civ. 1688.

SO ORDERED.

Dated: April 29, 2019
New York, New York

_____
ANALISA TORRES
United States District Judge