LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900

FACSIMILE (212) 425-1901

E-MAIL: reception@freehill.com

www.freehill.com

WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PETER J. GUTOWSKI
WAYNE D. MEEHAN*
DON P. MURNANE, JR.⌂
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*⌂
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA°⌂
JUSTIN T. NASTRO*
MANUEL A. MOLINA
DANIEL J. FITZGERALD*†⌂
BARBARA G. CARNEVALE*
ERIC J. MATHESON*
MICHAEL D. TUCKER*◊
RYAN BYRNES*
WILLIAM H. YOST*
J. TANNER HONEA*^
YAAKOV U. ADLER
MICHAEL J. DEHART
ADAM DEITZ†
MATTHEW J. PALLAY*
CODY KING

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
246 MARGHERITA LAWN
STRATFORD, CT 06615
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

OF COUNSEL
GEORGE B. FREEHILL
PATRICK J. BONNER*
MARK F. MULLER
HILARY K. JONCZAK‡

‡ ADMITTED IN FLORIDA ONLY. PRACTICE
LIMITED TO FEDERAL ADMINISTRATIVE LAW

\* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
⌂ ALSO ADMITTED IN WASHINGTON, D.C.
° ALSO ADMITTED IN LOUISIANA
◊ ALSO ADMITTED IN PENNSYLVANIA
^ ALSO ADMITTED IN TEXAS

November 18, 2019

Our Ref: 85-17/WDM

Via ECF

The Honorable Ona T. Wang
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

| Memo Endorsed |

**Re:    M/V HONOR**
**19-cv-00923 (AT/OTW) – S.D.N.Y.**

Dear Judge Wang,

We represent vessel interests in the captioned litigation and write on behalf of all parties to request an adjournment of the settlement conference currently scheduled for November 20, 2019.

Since the conference which was conducted on October 16, 2019, the parties have continued discussions regarding a possible resolution of the claims involved. As the Court can appreciate, the issues are complicated in that a resolution involves determination regarding amounts which might be due to the parties which suffered damage as a result of the fire, and at the same time, necessarily involves a determination regarding which parties will contribute to those losses, and if so, at what levels.

As explained at the last conference, the parties have exchanged documents; however, it has become apparent that we will not be able to resolve the issues or in fact make any meaningful settlement progress until certain additional discovery is carried out. All parties remain very interested in resolving this case without the need for specific court intervention.

515732.1

Under the circumstances, we request an adjournment of the settlement conference scheduled for Wednesday, November 20. We propose that that the parties collectively write to the Court on December 20 providing a status report, and our views regarding when a follow up settlement conference might be appropriate.

Thank you for your consideration.

                                                Respectfully submitted,
                                                FREEHILL HOGAN & MAHAR LLP

                                                Wayne D. Meehan

WDM/lb

cc:    Casey & Barnett, LLC
        305 Broadway, Suite 1202
        New York, NY 10007
        Attn: Martin F. Casey, Esq. – (mfc@caseybarnett.com)
        *Attorneys for HDI Global SE*

cc:    Rubin, Fiorella, Friedman & Mercante LLP
        630 Third Avenue
        New York, NY 10017
        Attn: Michael E. Stern, Esq. – (mstern@rubinfiorella.com)
        *Attorneys for International Auto Logistics, Inc.*

cc:    Hill Rivkins LLP
        45 Broadway, Suite 1500
        New York, NY 10006
        Attn: John J. Sullivan, Esq. – (jsullivan@hillrivkins.com)
        *Attorneys for Tokio Marine Americas Insurance Co.*

---

**Application Granted.**
The settlement conference scheduled for November 20, 2019 is adjourned. Parties to submit a joint status letter by **December 20, 2019**.

**SO ORDERED.**

_____
Ona T. Wang                11/19/2019
U.S. Magistrate Judge