USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HDI GLOBAL SE a/s/o DAIMLER AG et al

             Plaintiff

  against                                   19 cv 0923 (AT)(OTW)

M/V HONOR etc. et al.

             Defendants.

-----------------------------------------------------------------X
TOKIO MARINE AMERICA INSURANCE CO.

             Plaintiff

  against                                   19 cv 1686 (AT)(OTW)

M/V HONOR etc. et al.

             Defendants.
-----------------------------------------------------------------X
WALLENIUS WILHELMSEN LOGISTICS AS

             Plaintiff

  against                                   19 cv 1688 (AT)(OTW)

INTERNATIONAL AUTO LOGISTICS

             Defendant.
-----------------------------------------------------------------X

## CONSENT ORDER REFERENCING CASE TO MAGISTRATE JUDGE

**IT IS HEREBY NOTICED** that all parties in the foregoing consolidated cases consent to have the assigned United States Magistrate Judge conduct all future proceedings in this case, including trial, the entry of final judgment, and all post-trial proceedings.

**IT IS ORDERED**, that is case is referred to the assigned Magistrate Judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Dated: New York, New York
January 7, 2020

**CASEY & BARNETT, LLC**
Attorneys for Plaintiff, HDI Global SE a/s/o Daimler AG and a/s/o Mercedes Benz USA LLC

By: *Martin F. Casey*
Martin F. Casey
305 Broadway, Ste 1202
New York, New York 10007
(212) 286-0225

**HILL RIVKINS LLP**
Attorneys for Plaintiff, Tokio Marine America Insurance Co.

By: *John Sullivan* by MFC per email authority
John J. Sullivan
45 Broadway, Suite 1500
New York, New York 10006
(212) 669-0600

**RUBIN, FIORELLA, FRIEDMAN & MERCANTE LLP**
Attorneys for Defendant, International Auto Logistics, Inc.

By: *Michael Stern* by MFC per email authority
Michael Stern
630 Third Avenue
New York, New York 10017
(212) 953-2381

**FREEHILL, HOGAN & MAHAR LLP**
Attorneys for Plaintiff, Wallenius Wilhelmsen Logistics AS and Defendants, Fidelio Limited Partnership Inc., American Roll-on Roll-Off Carrier LLC

By: *Wayne Meehan* by MFC per email authority
Wayne D. Meehan
80 Pine Street
New York, New York 100005
(212) 381-3011

SO ORDERED:

_____
ANALISA TORRES
United States District Judge

Dated: January 9, 2020
New York, New York

-2-