**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
HDI GLOBAL SE a/s/o DAIMLER AG and a/s/o
MERCEDES BENZ USA LLC,

                    Plaintiff,

                -against-

M/V HONOR, her engines, tackle, boilers, etc.,
*in rem*, et al.,

                    Defendants.

19-CV-0923 (OTW)

------------------------------------------------------------X

TOKIO MARINE AMERICA INSURANCE CO.,

                    Plaintiff,

                -against-

M/V HONOR, her engines, tackle, boilers, etc.,
*in rem*, et al.,

                    Defendants.

19-CV-1686 (OTW)

------------------------------------------------------------

WALLENIUS WILHEMLSEN LOGISTICS AS

                    Plaintiff,

-against-

INERNATIONAL AUTO LOGISTICS,

                    Defendant.

19-CV-1688 (OTW)

------------------------------------------------------------

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a status conference in this matter on **Wednesday, March 04, 2020 at 10:30 a.m.** at the Daniel Patrick Moynihan Courthouse, 500 Pearl St., Courtroom 20D.

**SO ORDERED.**

Dated: January 12, 2020  
      New York, New York

           *s/ Ona T. Wang*  
           **Ona T. Wang**  
           United States Magistrate Judge