**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------X
HDI GLOBAL SE a/s/o DAIMLER AG and a/s/o    :
MERCEDES BENZ USA LLC,                       :
                                             :       19-CV-0923 (OTW)
                        Plaintiff,           :
                                             :
          -against-                          :
                                             :
M/V HONOR, her engines, tackle, boilers, etc.,:
in rem, et al.,                              :
                                             :
                        Defendants.          :
------------------------------------------------------------x

                                             :
TOKIO MARINE AMERICA INSURANCE CO.,          :
                                             :       19-CV-1686 (OTW)
                        Plaintiff,           :
                                             :
          -against-                          :
                                             :
M/V HONOR, her engines, tackle, boilers, etc.,:
in rem, et al.,                              :
                                             :
                        Defendants.          :
------------------------------------------------------------

WALLENIUS WILHEMLSEN LOGISTICS AS            :
                                             :       19-CV-1688 (OTW)
                        Plaintiff,           :
                                             :
-against-                                    :
                                             :
INERNATIONAL AUTO LOGISTICS,                 :
                                             :
                        Defendant.           :
------------------------------------------------------------
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Pre-Settlement Conference Scheduling Call previously scheduled for May 4, 2021 at 11:00 am is hereby adjourned to **May 4, 2021 at <u>2:30 p.m</u>** and converted to a telephonic status conference**.** The dial in information is (866) 390-1828, access code 1582687.

**SO ORDERED.**

Dated: April 20, 2021  
New York, New York

<u>  *s/ Ona T. Wang*  </u>  
**Ona T. Wang**  
United States Magistrate Judge