**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

HDI GLOBAL SE a/s/o DAIMLER AG a/s/o          :
MERCEDES BENZ USA LLC,                          :
                                                :          19-CV-0923 (OTW)
                   Plaintiff,                   :
                                                :          **POST-CONFERENCE ORDER**
                   -against-                    :
                                                :
INTERNATIONAL AUTO LOGISTICS, INC., et al.,     :
                                                :
                   Defendants.                  :

---------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a pre-trial conference in this matter on June 4, 2024. As discussed on the

record, the parties shall file a joint status letter **by Friday, June 28, 2024**. In that letter, the

parties shall include a proposed schedule for limited damages discovery. The parties shall

further consider whether there are limited stipulations of fact or issues of law the parties can

agree to ahead of a bench trial in this case.

         **SO ORDERED.**


                                                  _/s/ Ona T. Wang_____
Dated: June 4, 2024                                        **Ona T. Wang**
       New York, New York                          United States Magistrate Judge