**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
HDI GLOBAL SE a/s/o DAIMLER AG a/s/o        :
MERCEDES BENZ USA LLC,                      :
                                            :     19-CV-0923 (OTW)
                  Plaintiff,                :
                                            :     ORDER
            -against-                       :
                                            :
INTERNATIONAL AUTO LOGISTICS, INC., et al., :
                                            :
                  Defendants.               :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is ordered that the above-entitled action be, and is hereby, **DISMISSED** and discontinued without costs, and without prejudice to the right to reopen the action within **60 (sixty) days** of the date of this Order if the settlement is not consummated. Either party may apply by letter within sixty days of the issuance of this Order to restore this action to the calendar.

The Clerk of Court is respectfully directed to close the case.

**SO ORDERED.**

_/s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge

Dated: December 6, 2024
New York, New York